IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV319 |
| v. | ) ) ) | |
| RIRO, INC., a Nebraska corporation, and RB HOST, INC., | ) ) ) | DISMISSAL ORDER |
| Defendants. | ) ) ) | |

This matter is before the Court on a joint stipulation for dismissal of this case. Filing No. 29. The Court has reviewed the stipulation and finds this case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

IT IS SO ORDERED.

DATED this 29th day of February, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge